In the Matter of the Arbitration between IRVING WEISLER, as President of Metal Production and Novelty Workers Union, Local 28-A, A. F. of L., Respondent, and SIDNEY V. BURNS et al., Copartners Doing Business under the Name of C. B. MANUFACTURING COMPANY, Appellants. SOPHIE SCHWICK et al., Interveners, Appellants.

Argued October 4, 1951; decided October 19, 1951.

*Werner Ilsen* for appellants.

*James Lawrence Garrity* for interveners, appellants.

*Abraham Fishbein* and *Jerome Y. Sturm* for respondent.

As to appeal by employers appellants, order and judgment affirmed, with costs.

As to appeal by employees appellants, appeal dismissed upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.